USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**19-CR 635**

HOUSTON DIVISION

USAO Number: 2019R23045

Magistrate Number: 4:19-mj-1434

United States Courts
Southern District of Texas
FILED

AUG 29 2019

David J. Bradley, Clerk of Court

CRIMINAL INDICTMENT       Filed _____       Judge: Gilmore

**UNITED STATES of AMERICA**

vs.

ATTORNEYS:

**RYAN K. PATRICK, USA**                    (713) 567-9000

LEO J. LEO III, AUSA                         (713) 567-9000

| Defendant | Attorney | Appt'd | Private |
|---|---|---|---|
| JOSE LUIS RODRIGUEZ-DIAZ | MERVYN MOSBACKER | ☐ | ☑ |
| RAUL ADAME-TREVINO | DAN W. RICHARDSON | ☐ | ☑ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

**CHARGE:** Ct.1: Conspiracy to Possess With Intent to Distribute a Controlled Substance [21 USC §§ 846, 841(a)(1), and 841(b)(1)(A)]

Ct.2: Possession With Intent to Distribute a Controlled Substance [21 USC §§ 841(a)(1) and 841(b)(1)(A)(ii), and 18 USC § 2]

**(TOTAL)**
**(COUNTS:)**
**( 2 )**

**PENALTY:** Cts.1&2: Not less than 10 years or more than life imprisonment and/or $10,000,000 fine; 5 years SRT; $100 SA

NOTICE OF CRIMINAL FORFEITURE [21 USC § 853(a)]

☑ In Jail   RODRIGUEZ-DIAZ; ADAME-TREVINO

☐ On Bond

☐ No Arrest

NAME & ADDRESS
of Surety:

## PROCEEDINGS: