UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CRIMINAL ACTION NO. 4:19-CR-635 |
| JOSE LUIS RODRIGUEZ-DIAZ RAUL ADAME-TREVINO | § § § § | |
| Defendants. | | |

### *AMENDED SCHEDULING ORDER*

1. MOTIONS will be filed by          September 14, 2020

2. RESPONSES will be filed by         September 24, 2020

3. PROPOSED VOIR DIRE will be filed by     October 30, 2020

4. PRETRIAL CONFERENCE is set for      November 2, 2020
                                                                     at 9:30 a.m.

5. JURY selection and TRIAL set for       November 9, 2020
                                                                     at 1:30 p.m.

6. Estimated Trial Time                        4 days

SIGNED at Houston, Texas, this 4th day of May, 2020.

                                                          VANESSA D. GILMORE
                                                       UNITED STATES DISTRICT JUDGE