United States District Court
Southern District of Texas
**ENTERED**
September 14, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| V. | § | CRIMINAL NO. 4:19-cr-635 |
| JOSE LUIS RODRIGUEZ-DIAZ<br>RAUL ADAME-TREVINO | § § | |

## ORDER

Defendant Adame-Trevino filed an unopposed motion for continuance. The Court finds that the ends of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

Motions are to be filed by: _____January 4_____, 20_21_.

Responses to be field by: _____January 14_____, 20_21_.

Pretrial Conference is reset to: _____February 16_____, 20_21_.

Jury trial and selection are reset to: _____February 22_____, 20_21_.

SIGNED at Houston, Texas, on ___Sept 14___, 2020.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE